# EXHIBIT B

**From:** **Stephane Gervais** stephane.gervais@g2x.ca 📎
**Subject:** Termination of Services
**Date:** July 28, 2025 at 12:58 PM
**To:** edward@endanik.com, Edward Balassanian edward@passion.llc, edward@aimi.fm

---

Included PDF.

**Effective immediately, I am terminating all professional engagement, administration, and technical support for the Passion Labs / VJ Live / Storyboard initiative.**

Over the past six months, I have designed, developed, and maintained Passion Labs, including on-site installations, infrastructure deployment, and ongoing technical support. Despite a verbal agreement for monthly compensation, only a single payment of $5,000 has been received, making continued involvement unsustainable.

For the record, I informed you on July 25th that I was terminating my involvement with the project and would not be participating in, nor supporting, the demo scheduled for July 29th. It was your responsibility to communicate this change to any affected third parties or adjust your plans accordingly. I cannot be held liable for any costs, lost opportunities, or damages resulting from actions taken after my notice of withdrawal.

**Delivered Solution**

As a final professional courtesy, and to leave the system in a working state, I am providing access for you to use the currently deployed versions, as detailed below. No new development, installation, or reconfiguration services will be provided, and no additional support or updates will be forthcoming.

* **Core Server:** Access via certificate (provided) to the AWS server instance at `ubuntu@implicit.tv`. The system is reliable, scalable, and currently running on AWS infrastructure.
* **Application:** `implicit.tv` user account (`theater@implicit.tv`), used for final test confirmation (theatre projection controlled by the Storyboard application).
* **Rendering Node Servers:** Distributed rendering nodes installed on R16, R17, R18. R16 is running and tested; container installed under `C:\passion-labs\node` (multi-node, scalable pipeline).
* **TouchDesigner Visuals:** `C:\passion-labs\vj-live-engine\vj-live-engine v25.04.170.toe` (fully functional).
* **Monitoring:** Solution supports Grafana integration; you may reconfigure your own Grafana credentials as required (system is monitored).
* **Stream**: The previous streaming link associated with the old domain name is no longer available, as the domain has been sold. To access the stream, use the following direct SRT connection:
    `srt://136.62.216.7:8890?streamid=read:86d04ead-5757-4ca6-9744-cae9a8bb2c94`
  **Note:** Stream availability depends on your network configuration and may change. Please verify your connection details with your network administrator or router settings.
* **Startup Procedure:** Previously documented in Slack; a qualified technician can operate the solution independently (system is documented).
* **Operability Record:** Security camera footage confirms projection events ran successfully without my intervention (system is independently operable).

**No further access, source code, or versions beyond what is currently deployed will be provided. I will not participate in or support any new installation or infrastructure deployment.**

**Account and Credential Removal / Server Decommissioning**

You are hereby requested to **back up all necessary data**, and to **remove or disable all administrative accounts, credentials, and payment methods under my name** including but not limited to: Google Workspaces, Groq API Keys, OpenAPI, Claude.ai, GitHub, Slack, GoDaddy delegate access, Unifi Network Administration, local servers, ADT, 1Password, and any others related to Endanik, Aimi, Passion Group, Passion Labs, Passion Flower, or Implicit Media, **within the next five (5) days** from the date of this notice.

**For information security and best practices, you are required to immediately rotate (change) all administrative and privileged account passwords and credentials to which I have had access, or could have had access, during the course of this project.** This includes, but is not limited to, cloud infrastructure accounts, system administrator passwords, application credentials, remote access, and any other sensitive systems. This is necessary to ensure the ongoing security of your systems and to prevent any possible misunderstanding or future liability.

Please also ensure that any domain names pointing to the current infrastructure IP addresses are updated or removed.

**After five (5) days from this notice, all servers, services, and accounts provided, administered, or paid for by me, including the main AWS server instance, will be shut down and all associated accounts and credentials will be disabled or deleted, without further warning.** Please ensure you have completed all necessary backups and copies from these systems prior to this date.

**Intellectual Property & Legal Rights**

All intellectual property, source code, and unreleased developments remain my sole property.
No license, express or implied, is granted to use, modify, distribute, or copy any system components, code, or documentation beyond what is now delivered and running.
For clarity, I retain all rights to use, further develop, license, or sell the solution, source code, and all associated intellectual property at my sole discretion, without restriction.

Any unauthorized use, reproduction, modification, or distribution of the delivered or unreleased work, including any copying or repurposing of the code, will constitute a violation of my intellectual property rights under the applicable laws of the Province of Québec, including the Copyright Act (R.S.C., 1985, c. C-42) and the Civil Code of Québec. This letter and any dispute arising from this engagement shall be governed exclusively by the laws of the Province of Québec, Canada.

**No Further Negotiation or Contact**
This termination is final and non-negotiable.

No further business, technical, or project-related communication is legally required. Any contact should be limited solely to matters of outstanding payment or the formal closure of this engagement.

outstanding payment or the formal closure of this engagement.

Any attempt to contact, intimidate, or communicate with my family members, company employees, colleagues, or personal associates regarding this matter will be considered harassment and will be addressed accordingly, including potential legal action.

**Stephane Gervais**
9245-4628 QUEBEC INC.
stephane.gervais@g2x.ca

## Termination of Services

**To:**
Edward Balassanian (Endanik, Aimi, Passion Group, Passion Labs, Passion Flower, Implicit Media)

**Subject:**
Termination of Services, Delivery of Solution, and Intellectual Property Rights Notice

##Effective immediately, I am terminating all professional engagement, administration, and technical support for the Passion Labs / VJ Live / Storyboard initiative.

Over the past six months, I have designed, developed, and maintained Passion Labs, including on-site installations, infrastructure deployment, and ongoing technical support. Despite a verbal agreement for monthly compensation, only a single payment of $5,000 has been received, making continued involvement unsustainable.

For the record, I informed you on July 25th that I was terminating my involvement with the project and would not be participating in, nor supporting, the demo scheduled for July 29th. It was your responsibility to communicate this change to any affected third parties or adjust your plans accordingly. I cannot be held liable for any costs, lost opportunities, or damages resulting from actions taken after my notice of withdrawal.

## Delivered Solution

As a final professional courtesy, and to leave the system in a working state, I am providing access for you to use the currently deployed versions, as detailed below. No new development, installation, or reconfiguration services will be provided, and no additional support or updates will be forthcoming.

- **Core Server:** Access via certificate (provided) to the AWS server instance at `ubuntu@implicit.tv`. The system is reliable, scalable, and currently running on AWS infrastructure.
- **Application:** `implicit.tv` user account (`theater@implicit.tv`), used for final test confirmation (theatre projection controlled by the Storyboard application).
- **Rendering Node Servers:** Distributed rendering nodes installed on R16, R17, R18. R16 is running and tested; container installed under `C:\passion-labs\node` (multi-node, scalable pipeline).
- **TouchDesigner Visuals:** `C:\passion-labs\vj-live-engine\vj-live-engine v25.04.170.toe` (fully functional).
- **Monitoring:** Solution supports Grafana integration; you may reconfigure with your own Grafana credentials as required (system is monitored).
- **Stream:** The previous streaming link associated with the old domain name is no longer available, as the domain has been sold. To access the stream, use the following direct SRT connection:
  `srt://136.62.216.7:8890?streamid=read:86d04ead-5757-4ca6-9744-cae9a8bb2c94`
  **Note:** Stream availability depends on your network configuration and may change. Please verify your connection details with your network administrator or router settings.
- **Startup Procedure:** Previously documented in Slack; a qualified technician can operate the solution independently (system is documented).
- **Operability Record:** Security camera footage confirms projection events ran successfully without my intervention (system is independently operable).

No further access, source code, or versions beyond what is currently deployed will be provided. I will not participate in or support any new installation or infrastructure deployment.

## Account and Credential Removal / Server Decommissioning

You are hereby requested to **back up all necessary data**, and to **remove or disable all administrative accounts, credentials, and payment methods under my name** including but not limited to: Google Workspaces, Groq API Keys, OpenAPI, Claude.ai, GitHub, Slack, GoDaddy delegate access, Unifi Network Administration, local servers, ADT, 1Password, and any others related to Endanik, Aimi, Passion Group, Passion Labs, Passion Flower, or Implicit Media, **within the next five (5) days** from the date of this notice.

**For information security and best practices, you are required to immediately rotate (change) all administrative and privileged account passwords and credentials to which I have had access, or could have had access, during the course of this project.** This includes, but is not limited to, cloud infrastructure accounts, system administrator passwords, application credentials, remote access, and any other sensitive systems. This is necessary to ensure the ongoing security of your systems and to prevent any possible misunderstanding or future liability.

Please also ensure that any domain names pointing to the current infrastructure IP addresses are updated or removed.

**After five (5) days from this notice, all servers, services, and accounts provided, administered, or paid for by me, including the main AWS server instance, will be shut down and all associated accounts and credentials will be disabled or deleted, without further warning.**
Please ensure you have completed all necessary backups and copies from these systems prior to this date.

## Intellectual Property & Legal Rights

All intellectual property, source code, and unreleased developments remain my sole property.
No license, express or implied, is granted to use, modify, distribute, or copy any system components, code, or documentation beyond what is now delivered and running.
For clarity, I retain all rights to use, further develop, license, or sell the solution, source code, and all associated intellectual property at my sole discretion, without restriction.

Any unauthorized use, reproduction, modification, or distribution of the delivered or unreleased work, including any copying or repurposing of the code, will constitute a violation of my intellectual property rights under the applicable laws of the Province of Québec, including the Copyright Act (R.S.C., 1985, c. C-42) and the Civil Code of Québec. This letter and any dispute arising from this engagement shall be governed exclusively by the laws of the Province of Québec, Canada.

## No Further Negotiation or Contact