UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PASSION LABS, LLC, et al.,

    Plaintiffs,

v.

STEPHANE GERVAIS, et al.,

    Defendants.

Case No. 25-cv-06672-RS

**ORDER**

    Plaintiffs seek a temporary restraining order against Defendants. It is not apparent from the docket, however, that Plaintiffs have properly served Defendants with either the complaint or the request for a temporary restraining order. Moreover, there is no showing that Plaintiffs have met the high standard required to warrant proceeding *ex parte*. Therefore, Plaintiffs are instructed to prove that they have effectuated proper service in accordance with the Federal Rules by noon on Tuesday, August 12. If Defendants have been notified consistent with that directive, then they shall have until Thursday, August 14, to respond. The court will then schedule further proceedings as necessary.

**IT IS SO ORDERED**.

Dated: August 8, 2025

_____
RICHARD SEEBORG
Chief United States District Judge