DAVID M. JOLLEY, #191164
djolley@donahue.com
DANIEL J. SCHACHT, #259717
dschacht@donahue.com
CORBAN J. PORTER, #270115
cporter@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiffs Passion Labs, LLC
and AiMi, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSION LABS, LLC, a Texas limited liability company; and AIMI, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANE GERVAIS, an individual; and 9245-4628 QUEBEC INC., a Canadian corporation; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06672-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br><u>Hearing:</u><br>Date: September 4, 2025<br>Time: 2:30 p.m.<br>Courtroom: 3 |

**TO DEFENDANTS STEPHANE GERVAIS AND 9245-4628 QUEBEC INC:**

Having considered the papers filed in support of Plaintiffs PASSION LABS, LLC Labs") and AIMI, INC. (collectively "Plaintiffs") Motion for Preliminary Injunction,

**IT IS HEREBY ORDERED** that Defendants STEPHANE GERVAIS and 9245-4628 QUEBEC INC. ("Defendants") shall do, or refrain from doing, as follows:

1. Defendants must return possession and control of all of Plaintiffs' passwords and account access to Plaintiffs' internal and external electronic platforms, accounts, and licensed software (specifically including the Passion Labs YouTube Brand Account, TouchDesigner, and

Team Viewer), so as to return Plaintiffs to the pre-July 27, 2025, status quo prior to Defendants' disruptive sabotage and resignation;

    2.    Defendants must restore the previously existing files, code, and servers in an operative form on Plaintiffs' internal and external electronic platforms allowing the Storyboard application to run and function, which would return Plaintiffs' operations to the pre-July 27, 2025 status quo prior to Gervais's disruptive conduct and resignation, including restoring the working demo state and the most recent code that (a) supported a visual output at 512 x 512 resolution with live prompting, (b) supported 2k resolution without live prompting, and (c) supported a 40" x 10" high definition display with live prompting;

    3.    Return all of Plaintiffs' property in Defendants' possession, custody, or control;

    4.    Refrain from directly or indirectly accessing, obtaining, retrieving, copying, deleting, destroying, altering, using, disclosing, selling, licensing, transferring, or disseminating any hard or electronic copies of documents or data containing Plaintiffs' confidential and/or proprietary information, files, code, systems, or applications.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall take effect immediately, without the requirement of any bond, pursuant to the contractual agreement of the Parties.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                   Hon. Richard Seeborg
                                                   United States District Court Judge
                                                   Northern District of California