DANIEL J. SCHACHT, #259717
dschacht@donahue.com
DAVID M. JOLLEY, #191164
djolley@donahue.com
CORBAN J. PORTER, #270115
cporter@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:    (510) 451-3300
Facsimile:     (510) 451-1527

Attorneys for Plaintiffs
Passion Labs, LLC and AiMi, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PASSION LABS, LLC, a Texas limited liability company; and AIMI, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>STEPHANE GERVAIS, an individual; and 9245-4628 QUEBEC INC., a Canadian corporation; and DOES 1-10,<br><br>              Defendants. | Case No. 3:25-cv-06672-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS** |

## STIPULATION

Plaintiffs Passion Labs, LLC, and AiMi, Inc. ("Plaintiffs"), and specially-appearing defendants Stephane Gervais and 9245-4628 Quebec Inc. ("Defendants"), by and through their respective attorneys of record, stipulate and agree that:

1.      On September 2, 2025, Defendants filed a Motion to Dismiss (ECF No. 21). The Motion to Dismiss Hearing was set for October 9, 2025, at 1:30 pm in San Francisco, Courtroom 03, 17th Floor. Responses were due by September 16, 2025, and replies due by September 23, 2025.

2.      On September 3, 2025, the Court issued a Clerk's Notice continuing the hearing to October 23, 2025, at 1:30 pm and maintaining the briefing schedule.

3.      The parties have exchanged settlement offers and jointly request to continue the due dates for the response and reply to allow them time to focus on settlement, which may obviate the need for further motion practice and thereby preserve party and judicial resources.

4.      The parties have not previously requested any modification of time regarding this motion or otherwise.

5.      The stipulation and additional time requested would not affect the schedule for the motion or the case, and would still allow the Court about two weeks' time to review all submissions before the hearing date. The parties would also agree to continue the hearing date if this is more convenient for the Court.

NOW, THEREFORE, the parties respectfully request that the Court continue the date for the response to September 30, 2025, and the date for the reply to October 10, 2025.

SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated:  September 12, 2025

/s/ Daniel J. Schacht
Daniel J. Schacht, Esq.*
David M. Jolley, Esq.
Corban J. Porter, Esq.
DONAHUE FITZGERALD LLP
Attorneys for Plaintiffs
Passion Labs, LLC and AiMi, Inc.

Dated:  September 12, 2025

/s/ Jean Rhee
Michael D. Kibler, Esq.
Jean Rhee, Esq.
KIBLER FOWLER & CAVE LLP
Attorneys for Defendants
Stephane Gervais and 9245-4628 Quebec Inc.

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed concur in this filing's content and its filing.*

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____          _____

4                                            The Honorable Richard Seeborg
                                             United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING DEADLINES RE MOTION TO DISMISS