DANIEL J. SCHACHT, #259717
dschacht@donahue.com
DAVID M. JOLLEY, #191164
djolley@donahue.com
CORBAN J. PORTER, #270115
cporter@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-3300
Facsimile:   (510) 451-1527

Attorneys for Plaintiffs
Passion Labs, LLC and AiMi, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PASSION LABS, LLC, a Texas limited liability company; and AIMI, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANE GERVAIS, an individual; and 9245-4628 QUEBEC INC., a Canadian corporation; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06672-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FOR 30 DAYS HEARING DATE AND RELATED DEADLINES RE MOTION TO DISMISS** |

**STIPULATION**

Plaintiffs Passion Labs, LLC, and AiMi, Inc. ("Plaintiffs"), and specially-appearing defendants Stephane Gervais and 9245-4628 Quebec Inc. ("Defendants"), by and through their respective attorneys of record, stipulate and agree that:

1. On September 2, 2025, Defendants filed a Motion to Dismiss (ECF No. 21). The Motion to Dismiss Hearing was set for October 9, 2025, at 1:30 pm in San Francisco, Courtroom 03, 17th Floor. Responses were due by September 16, 2025, and replies due by September 23, 2025.

2. On September 3, 2025, the Court issued a Clerk's Notice continuing the hearing to October 23, 2025, at 1:30 pm and maintaining the briefing schedule.

3.  On September 15, 2025, the Court granted the parties' stipulation and extended the due dates for the response and reply while maintaining the October 23, 2025, hearing date to allow the parties to focus on settlement discussions (ECF. No. 28). This has been the only stipulation and extension of time regarding the Motion.

4.  The parties' settlement discussions have progressed significantly and they hereby request that the hearing date on the Motion to Dismiss and the related deadlines for the filing of an opposition and reply be continued by approximately thirty days (or more if more convenient for the Court). The parties expect that this will obviate the need for further motion practice and thereby preserve party and judicial resources.

5.  There is no trial set in this matter. This stipulation and additional time requested would not significantly delay the schedule for the case, and would significantly increase the chance of an early disposition of this case.

NOW, THEREFORE, the parties respectfully request that the Court continue the date for the hearing on Defendants' Motion to Dismiss to November 20, 2025 (or, in the alternative, December 4, 2025), the date for the opposition to October 31, 2025, and the date for the reply to November 10, 2025.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

DONAHUE FITZGERALD LLP
Attorneys at Law

Dated: August 26, 2025

By: */s/Daniel J. Schacht*
Daniel J. Schacht, Esq.*
David M. Jolley, Esq.
Corban J. Porter, Esq.
DONAHUE FITZGERALD LLP
Attorneys for Plaintiffs
Passion Labs, LLC and AiMi, Inc.

KIBLER FOWLER & CAVE LLP

Dated: August 26, 2025          By: /s/Jean Rhee
                                    Michael D. Kibler, Esq.
                                    Jean Rhee, Esq.
                                    Attorneys for Defendants
                                    Stephane Gervais and 9245-4628 Quebec Inc

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed concur in this filing's content and its filing.*

## **PROPOSED ORDER**

The hearing on the Defendants' Motion to Dismiss is continued to November 20, 2025 (or, in the alternative, December 4, 2025), the date for the opposition to October 31, 2025, and the date for the reply to November 10, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                     The Honorable Richard Seeborg
                                     United States District Court Judge