UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSION LABS, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANE GERVAIS, et al.,<br><br>    Defendants. | Case No. 25-cv-06672-RS<br><br>**ORDER CONTINUING FOR 30 DAYS HEARING DATE AND RELATED DEADLINES REGARDING MOTION TO DISMISS** |

Pursuant to the parties' stipulation, the hearing on the Defendants' Motion to Dismiss is continued to December 4, 2025, the date for the opposition to October 31, 2025, and the date for the reply to November 10, 2025.

**IT IS SO ORDERED**.

Dated: September 26, 2025

_____
RICHARD SEEBORG
Chief United States District Judge