1  DANIEL J. SCHACHT, #259717
   dschacht@donahue.com
2  DAVID M. JOLLEY, #191164
   djolley@donahue.com
3  CORBAN J. PORTER, #270115
   cporter@donahue.com
4  DONAHUE FITZGERALD LLP
   Attorneys at Law
5  1999 Harrison Street, 26th Floor
   Oakland, California 94612-3520
6  Telephone:    (510) 451-3300
   Facsimile:    (510) 451-1527
7
   Attorneys for Plaintiffs
8  Passion Labs, LLC and AiMi, Inc.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  PASSION LABS, LLC, a Texas limited liability company; and AIMI, INC., a Delaware corporation, | Case No. 3:25-cv-06672-RS |
| 14             Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FOR 30 DAYS HEARING DATE AND RELATED DEADLINES RE MOTION TO DISMISS** |
| 15      v. | |
| 16  STEPHANE GERVAIS, an individual; and 9245-4628 QUEBEC INC., a Canadian corporation; and DOES 1-10, | |
| 18             Defendants. | |

20                    **STIPULATION**

21       Plaintiffs Passion Labs, LLC, and AiMi, Inc. ("Plaintiffs"), and specially-appearing

22  defendants Stephane Gervais and 9245-4628 Quebec Inc. ("Defendants"), by and through their

23  respective attorneys of record, stipulate and agree that:

24       1.   On September 2, 2025, Defendants filed a Motion to Dismiss (ECF No. 21). The

25  Motion to Dismiss Hearing was set for October 9, 2025, at 1:30 pm in San Francisco, Courtroom

26  03, 17th Floor. Responses were due by September 16, 2025, and replies due by September 23, 2025.

27       2.   On September 3, 2025, the Court issued a Clerk's Notice continuing the hearing to

28  October 23, 2025, at 1:30 pm and maintaining the briefing schedule.

3. On September 15, 2025, the Court granted the parties' stipulation and extended the due dates for the response and reply while maintaining the October 23, 2025, hearing date to allow the parties to focus on settlement discussions (ECF No. 28).

4. On September 26, 2025, the Court granted the parties' second stipulation, continuing the hearing date to December 4, 2025, and setting the date for the opposition to October 31, 2025, and the reply to November 10, 2025 (ECF No. 30).

5. The foregoing have been the only stipulations and extensions of time regarding the Motion to Dismiss.

6. The parties' settlement discussions have been ongoing and productive, with some unavoidable delay due to illness, and they have made significant progress towards a final settlement. The parties hereby request that the hearing date on the Motion to Dismiss and the related deadlines for the filing of an opposition and reply be continued by approximately thirty days (or more if more convenient for the Court). The parties' stipulation takes into account the upcoming holidays. The parties expect that this will obviate the need for further motion practice and thereby preserve party and judicial resources.

7. There is no trial set in this matter. This stipulation and additional time requested would not significantly delay the schedule for the case, and would significantly increase the chance of an early disposition of this case.

NOW, THEREFORE, the parties respectfully request that the Court continue the date for the hearing on Defendants' Motion to Dismiss to January 8, 2026 (or, in the alternative, January 15, 2026), the date for the opposition to December 9, 2025, and the date for the reply to December 23, 2025.

///

///

///

///

///

///

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

DONAHUE FITZGERALD LLP
Attorneys at Law

Dated: October 24, 2025    By: /s/Daniel J. Schacht
Daniel J. Schacht, Esq.*
David M. Jolley, Esq.
Corban J. Porter, Esq.
DONAHUE FITZGERALD LLP
Attorneys for Plaintiffs
Passion Labs, LLC and AiMi, Inc.

KIBLER FOWLER & CAVE LLP

Dated: October 24, 2025    By: /s/Jean Rhee
Michael D. Kibler, Esq.
Jean Rhee, Esq.
Attorneys for Defendants
Stephane Gervais and 9245-4628 Quebec Inc

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed concur in this filing's content and its filing.*

## **PROPOSED ORDER**

The hearing on the Defendants' Motion to Dismiss is continued to January 8, 2026 (or, in the alternative, January 15, 2026), the date for the opposition to December 9, 2025, and the date for the reply to December 23, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
The Honorable Richard Seeborg
United States District Court Judge